```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF GEORGIA
                          ROME DIVISION

IN RE:  RHONDA A. GRANT,         {   CHAPTER 13
                                 {
                                 {
        DEBTOR(S)                {   CASE NO. R20-41501-BEM
                                 {
                                 {   JUDGE ELLIS-MONRO
```

**SUPPLEMENTAL**
**OBJECTION TO CONFIRMATION**

COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The proposed plan fails to provide for the treatment of Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP. However, said creditor has filed a secured claim.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

November 5, 2020

```
                                     /s
                         Sonya Buckley Gordon, Esq.
                         for Chapter 13 Trustee
                         GA. Bar No. 140987
```

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Ste 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com

R20-41501-BEM

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

RHONDA A. GRANT
605 W WOODLAND DR
DALTON, GA 30721-2762


I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 5th  day of November, 2020



_____/s_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987







Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Ste 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com